THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CV-31-F

| | | |
|---|---|---|
| ALLORA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| KAR-SAN DEVELOPMENT, LTD., | ) | |
| STEVEN R. PARSONS, and KAR-SAN | ) | |
| REALTY, INC. | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Stipulation of Dismissal [DE-16]. The Clerk of Court is DIRECTED to close this case in light of the Stipulation of Dismissal with prejudice. The court, in its discretion, declines to retain jurisdiction over this matter to enforce the terms of the Settlement Agreement, which are not in the record before the court.

SO ORDERED, this 25th day of October, 2010.

James C. Fox
Senior United States District Judg